Nos. 24-3776, 24-5009, 24-5227

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

L.A. INTERNATIONAL CORP., ET AL.

*Plaintiffs-Appellees*

v.

PRESTIGE BRANDS HOLDINGS, INC. AND MEDTECH PRODUCTS, INC.

*Defendants-Appellants.*

Appeal from the U.S. District Court for the Central District of California, Case No. 2:18-cv-06809-MWF-MRW
Hon. Michael W. Fitzgerald

# INDEX VOLUME

Michael L. Fox
C. Sean Patterson
Christine Cusick Ross
DUANE MORRIS LLP
One Market Plaza, Ste. 2200
San Francisco, CA 94105
(415) 957-3092

Robert M. Palumbos
William Shotzbarger
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103
(215) 979-1111

*Counsel for Appellants Prestige Brands Holdings, Inc. and Medtech Products, Inc.*

| Date | Description | Vol. | Page(s) |
|---|---|---|---|
| **VOLUME 1 of 15** | | | |
| 08/02/2024 | Minutes (In Chambers) Order Granting in Part Plaintiffs' Motion for Attorneys' Fees and Costs **[Doc 417]** | 1 | 1-ER-0002 to 1-ER-0015 |
| 06/05/2024 | Amended Judgment After Trial **[Doc 380]** | 1 | 1-ER-0016 to 1-ER-0026 |
| 05/28/2024 | Judgment After Trial **[Doc 374]** | 1 | 1-ER-0027 to 1-ER-0033 |
| 05/24/2024 | Minutes (In Chambers) Order Re Plaintiffs' Motion for Permanent Injunction **[Doc 372]** | 1 | 1-ER-0038 to 1-ER-0065 |
| 10/29/2019 | SEALED Minutes (In Chambers) Order Re Defendants' Motion to Exclude to Exclude Testimony of Plaintiffs' Expert…. **[Doc 176]** | 1 | 1-ER-0066 to 1-ER-0090 |
| **VOLUME 2 of 15** | | | |
| N/A | Intentionally Omitted | 2 | 2-ER-0092 to 2-ER-0093 |
| 08/08/2024 | Notice of Appeal **[Doc 422]** | 2 | 2-ER-0094 to 2-ER-0096 |
| 08/08/2024 | Notice of Appeal **[Doc 419]** | 2 | 2-ER-0096 to 2-ER-0098 |
| 06/17/2024 | Notice of Appeal **[Doc 383]** | 2 | 2-ER-0098 to 2-ER-0101 |

| Date | Description | Vol. | Page(s) |
|---|---|---|---|
| 06/17/2024 | Declaration of Jeff Burnett in Support of Defendants' Opposition to Plaintiffs Motion for Injunction **[Doc 384-2]** | 2 | 2-ER-0102 to 2-ER-0104 |
| 06/03/2024 | Plaintiffs' Notice of Motion and Motion for Attorneys' Fees and Costs **[Doc 377] [PART 1]** | 2 | 2-ER-0105 to 2-ER-0387 |
| **VOLUME 3 of 15** | | | |
| 06/03/2024 | Plaintiffs' Notice of Motion and Motion for Attorneys' Fees and Costs **[Doc 377] [PART 2]** | 3 | 3-ER-0389 to 3-ER-0661 |
| **VOLUME 4 of 15** | | | |
| 06/03/2024 | Plaintiffs' Notice of Motion and Motion for Attorneys' Fees and Costs **[Doc 377] [PART 3]** | 4 | 4-ER-0663 to 4-ER-0891 |
| 05/20/2024 | Findings of Fact and Conclusion of Law **[Doc 373]** | 4 | 4-ER-0892 to 4-ER-0899 |
| 02/26/2024 | Opposition to Notice of Motion and Motion for a New Trial **[Doc 351]** | 4 | 4-ER-0900 to 4-ER-0946 |
| **VOLUME 5 of 15** | | | |
| 02/19/2024 | Reply in Support of Plaintiffs' Motion for a Permanent Injunction **[Doc 350]** | 5 | 5-ER-0948 to 5-ER-0968 |
| 02/12/2024 | Defendants' Opposition to Plaintiffs' Motion for Permanent Injunction **[Doc 348]** | 5 | 5-ER-0969 to 5-ER-1021 |
| 01/09/2024 | Notice of Lodging Proposed Judgment **[Doc 339]** | 5 | 5-ER-1022 to 5-ER-1028 |

| Date | Description | Vol. | Page(s) |
|---|---|---|---|
| 12/15/2023 | Verdict Form **[Doc 329]** | 5 | 5-ER-1029 to 5-ER-1036 |
| 12/15/2023 | Jury Note No. 1 **[Doc 325]** | 5 | 5-ER-1037 |
| 12/14/2023 | Jury Instructions **[Doc 324]** | 5 | 5-ER-1038 to 5-ER-1085 |
| 12/09/2023 | Notice of Lodging Trial Testimony of Deposition Video of Quattlebaum **[Doc 312]** | 5 | 5-ER-1086 to 5-ER-1118 |
| 12/04/2023 | Proposed Jury Instructions **[Doc 299]** | 5 | 5-ER-1019 to 5-ER-1130 |
| 11/30/2023 | Minutes (In Chambers) Order Re Plaintiffs' and Defendants Trial Briefs **[Doc 293]** | 5 | 5-ER-1131 to 5-ER-1132 |
| 11/30/2023 | Proposed Special Jury Verdict **[Doc 292]** | 5 | 5-ER-1133 to 5-ER-1139 |
| 11/14/2023 | Redacted Minutes (In Chambers) Order Re Motions in Limine **[Doc 285]** | 5 | 5-ER-1140 to 5-ER-1158 |
| 12/09/2019 | Proposed Jury Instructions **[Doc 233]** | 5 | 5-ER-1159 to 5-ER-1230 |
| **VOLUME 6 of 15** | | | |
| 10/21/2019 | Court Jury Instructions [18-cv-1077, **[ECF 498]** | 6 | 6-ER-1232 to 6-ER-1264 |

| Date | Description | Vol. | Page(s) |
|---|---|---|---|
| 10/16/2019 | Transcript Trial Day 10 [18-cv-1077, **[ECF 548] [PART 1]** | 6 | 6-ER-1265 to 6-ER-1514 |
| **VOLUME 7 of 15** | | | |
| 10/16/2019 | Transcript Trial Day 10 [18-cv-1077, **[ECF 548] [PART 2]** | 7 | 7-ER-1516 to 7-ER-1553 |
| 09/16/2019 | Defendant's Opposition to Plaintiff's Motion for Partial Summary Judgment **[ECF 126-14]** | 7 | 7-ER-1554 to 7-ER-1583 |
| 09/10/2019 | Declaration of Mark Meitzen, PH.D. In Support of Defendants' Motion for Summary Judgment and Motion to Exclude the Expert Opinion Testimony of Deforest McDuff, PH.D. (Unredacted) **[ECF 110-1]** | 7 | 7-ER-1584 to 7-ER-1811 |
| **VOLUME 8 of 15** | | | |
| 08/20/2018 | First Amended Complaint **[Doc 010]** | 8 | 8-ER-1813 to 8-ER-1829 |
| **TRIAL TRANSCRIPTS** | | | |
| 12/05/2023 | Trial Transcript Vol. 1 | 8 | 8-ER-1830 to 8-ER-2100 |
| **VOLUME 9 of 15** | | | |
| 12/06/2023 | Trial Transcript Vol. 2 [Part 1] | 9 | 9-ER-2102 to 9-ER-2397 |
| **VOLUME 10 of 15** | | | |
| 12/06/2023 | Trial Transcript Vol. 2 [Part 2] | 10 | 10-ER-2399 to 10-ER-2440 |

| Date | Description | Vol. | Page(s) |
|---|---|---|---|
| 12/07/2023 | Trial Transcript Vol. 3 | 10 | 10-ER-2441 to 10-ER-2619 |
| 12/08/2023 | Trial Hearing Transcript Vol. 4 [Part 1] | 10 | 10-ER-2620 to 10-ER-2380 |
| **VOLUME 11 of 15** | | | |
| 12/08/2023 | Trial Transcript Vol. 4 [Part 2] | 11 | 11-ER-2382 to 11-ER-2606 |
| 12/12/2023 | Trial Transcript Vol. 5 [Part 1] | 11 | 11-ER-2607 to 11-ER-2677 |
| **VOLUME 12 of 15** | | | |
| 12/12/2023 | Trial Transcript Vol. 5 [Part 2] | 12 | 12-ER-2979 to 12-ER-3240 |
| **VOLUME 13 of 15** | | | |
| 12/13/2023 | Trial Transcript Vol. 6 | 13 | 13-ER-3242 to 13-ER-3534 |
| **VOLUME 14 of 15** | | | |
| 12/14/2023 | Trial Transcript Vol. 7 | 14 | 14-ER-3536 to 14-ER-3753 |
| 12/15/2023 | Trial Transcript Vol. 8 | 14 | 14-ER-3754 to 14-ER-3792 |
| **VOLUME 15 of 15** | | | |
| **EXHIBITS** | | | |
| Exhibit 48 | Excel spreadsheet listing Prestige Clear Eyes sales to Pitco Foods by invoice, 2013 - 2019 | 15 | 15-ER-3794 to 15-ER-3797 |

| Date | Description | Vol. | Page(s) |
|---|---|---|---|
| Exhibit 49 | Excel spreadsheet listing Prestige Clear Eyes sales to Costco bv invoice, 2013 – 2019 | 15 | 15-ER-3798 to 15-ER-3801 |
| Exhibit 61 | Costco Wholesale, BD DOW Sales Rebate | 15 | 15-ER-3802 to 15-ER-3803 |
| Exhibit 102 | Costco Business Center, Business Center Overview FY 16 | 15 | 15-ER-3804 to 15-ER-3824 |
| Exhibit 600-4 | Analysis of Favored Entity Net and Gross Prices | 15 | 15-ER-3825 |
| Exhibit 600-5 | Analysis of Plaintiff Net and Gross Prices | 15 | 15-ER-3826 |
| Exhibit 600-17 | Chart of Unit Purchases from Prestige by Year Costco & Plaintiffs | 15 | 15-ER-3828 |
| Exhibit 600-18 | Chart of Prestige Unit Purchases LA INTERNATIONAL CORP | 15 | 15-ER-3829 |
| Exhibit 600-19 | Chart of Prestige Unit Purchases LA TOP DISTRIBUTOR | 15 | 15-ER-3830 |
| Exhibit 600-20 | Chart of Prestige Unit Purchases MANHATTAN WHOLESALERS INC. | 15 | 15-ER-3831 |
| Exhibit 951 | Costco BD Coupon Contract 2.27.2017 - 3.26.2017 | 15 | 15-ER-3832 |