# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s):** Nos. 24-3776; 24-5009; 24-5227

**Case Name:** L.A. International Corp., et al. v. Prestige Brands Holdings, Inc., et al.

**Hearing Location (*city*):** Pasadena

**Your Name:** Michael L. Fox, Esq.

List the sitting dates for the two sitting months you were asked to review:

June 2-6 (Pasadena)
June 9-13 (Pasadena)
July 14-18 (Pasadena)

Do you have an unresolvable conflict on any of the above dates? ● Yes ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

June 2-6. Previously scheduled trial and preplanned vacation conflict with these available dates. We have also met and conferred with counsel for Plaintiffs, and understand that they have a irreconcilable conflict with the June 9-13 dates, based on a preplanned vacation during those dates.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes ● No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature:** /s/ Michael L. Fox     **Date:** 02/28/2024

(use "s/[typed name]" to sign electronically-filed documents)

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 32**     *New 12/01/2018*