UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 6 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

LA INTERNATIONAL CORP.; MANHATTAN WHOLESALERS, INC.; EXCEL WHOLESALE DISTRIBUTORS, INC.; VALVE DISTRIBUTOR, INC.; AKR CORPORATION; U.S. WHOLESALE OUTLET & DISTRIBUTION, INC.; SANOOR, INC., doing business as L.A. Top Distributor; PITTSBURG WHOLESALE GROCERS, INC.; PACIFIC GROSERVICE, INC.; BORDER CASH & CARRY, INC.,

Plaintiffs - Appellees,

v.

PRESTIGE BRANDS HOLDINGS, INC.; MEDTECH PRODUCTS, INC.,

Defendants - Appellants.

No. 24-3776

D.C. No.
2:18-cv-06809-MWF-MRW
Central District of California,
Los Angeles

ORDER

LA INTERNATIONAL CORP.; MANHATTAN WHOLESALERS, INC.; EXCEL WHOLESALE DISTRIBUTORS, INC.; VALVE DISTRIBUTOR, INC.; AKR CORPORATION; U.S. WHOLESALE OUTLET & DISTRIBUTION, INC.; SANOOR, INC.; PITTSBURG WHOLESALE GROCERS, INC.; PACIFIC GROSERVICE, INC.; BORDER CASH & CARRY, INC.,

Plaintiffs - Appellants,

No. 24-5009
D.C. No.
2:18-cv-06809-MWF-MRW

v.

PRESTIGE BRANDS HOLDINGS, INC.;
MEDTECH PRODUCTS, INC.,

Defendants - Appellees.

LA INTERNATIONAL CORP.;
MANHATTAN WHOLESALERS, INC.;
EXCEL WHOLESALE DISTRIBUTORS,
INC.; VALVE DISTRIBUTOR, INC.;
AKR CORPORATION; U.S.
WHOLESALE OUTLET &
DISTRIBUTION, INC.; SANOOR, INC.;
PITTSBURG WHOLESALE GROCERS,
INC.; PACIFIC GROSERVICE, INC.;
BORDER CASH & CARRY, INC.,

Plaintiffs - Appellees,

v.

PRESTIGE BRANDS HOLDINGS, INC.;
MEDTECH PRODUCTS, INC.,

Defendants - Appellants.

No. 24-5227
D.C. No.
2:18-cv-06809-MWF-MRW

Before: WARDLAW, MENDOZA, JR., and JOHNSTONE, Circuit Judges.

Appellants' motion to stay the mandate pending the filing of a petition for certiorari (Dkt. No. 47) is **GRANTED**. Fed. R. App. P. 41(b). The mandate is stayed for a period not to exceed 90 days pending the filing of the petition for writ of certiorari in the Supreme Court. If, within that period, the Clerk of the Supreme Court advises the Clerk of this Court that a petition for writ of certiorari has been

filed, then the mandate shall be further stayed until final disposition of the matter by the Supreme Court.